HUGO N. SCHLOSS et al., Appellants, *v.* JOSEPH TROMAN, Defendant, and THE WILLSON AND ADAMS COMPANY et al., Respondents.

*Schloss* v. *Troman*, 154 App. Div. 645, affirmed.
(Argued February 4, 1915; decided February 25, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 15, 1913, affirming a judgment in favor of defendants, respondents, entered upon a decision of the court on trial at Special Term in an action to determine the validity of certain mechanic's liens and to have the same canceled and discharged.

41

*Herbert R. Limburg, Henry L. Scheuerman* and *Mortimer H. Hess* for appellants.

*Frank M. Avery, Edgar J. Phillips* and *Henry M. Hewitt* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN and SEABURY, JJ. Not sitting: MILLER, J.